**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendant, MANUEL VILLAREAL

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL VILLARREAL,<br><br>　　　　　Defendant. | Case No. 1:14-cr-00111 LJO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON** |

　　　　WHEREAS the Sentencing Hearing has been scheduled in this matter for September 15, 2014;

　　　　WHEREAS Roger S. Bonakdar, counsel for Defendant Manuel Villarreal requests additional time to meet with Mr. Villarreal to discuss sentencing options in order to prepare for the sentencing hearing.

　　　　WHEREAS the purpose of Mr. Bonakdar's request to meet with Mr. Villarreal is to provide probation with information concerning Mr. Villarreal that bears directly on Probation's recommendation relative to sentencing (i.e., recommendation of custody time vs. placement into inpatient drug program).

WHEREAS as there is insufficient time for Attorney Bonakdar to meet with Mr. Villarreal prior to the September 15, 2014, Sentencing Hearing, the Sentencing Hearing should be rescheduled to allow adequate time for Attorney Bonakdar to meet with Mr. Villarreal.

THEREFORE, IT IS STIPULATED by and between the parties that the September 15, 2014, sentencing hearing be continued to October 6, 2014.

THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original.  In this regard, signatures by facsimile shall be given the same force and effect as originals.

IT IS SO STIPULATED:

Date:  September 8, 2014                          BONAKDAR LAW FIRM

/S/ Roger S. Bonakdar
ROGER S. BONAKDAR
Attorney for Defendant,
Manuel Villarreal

Date: September 9, 2014                           UNITED STATES PROBATION

/s/ Leighann L. Millford
Leighann L. Millford
United States Probation Officer

Date:  September 11, 2014                         UNITED STATES ATTORNEY

/s/ Kevin Rooney
Kevin Rooney
Assistant United State's Attorney

## ORDER

The Stipulation to Continue Sentencing Hearing having come before this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that the September 15, 2014, sentencing hearing is hereby continued to October 6, 2014.

IT IS SO ORDERED.

Dated: **September 11, 2014**  **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE