

FILED
OCT 20 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>MANUEL VILLARREAL<br><br>Defendant. | No. 14CR00111-001 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on October 20, 2014, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released on Wednesday, October 22, 2014 at 10:00am, to a representative of the Westcare Residential Drug Treatment Program. A certified Judgment and Commitment order to follow.

Dated: October 20, 2014

                                            HONORABLE LAWRENCE J. O'NEILL
                                            UNITED STATES DISTRICT JUDGE